*Van Demark & Lawrence*, for the appellant.

*I. C. Ormsby*, for the respondent.

Opinion *Per Curiam*.

Present — LEARNED, P. J., BOARDMAN and BOCKES, JJ.

Judgment affirmed, with costs.

----

THE PEOPLE OF THE STATE OF NEW YORK, *Respondent, v.* JULIUS
H. THOMPSON, *Appellant.*— Judgment and conviction affirmed.
Opinion by BOARDMAN, J., and by LEARNED, P. J., dissenting.

HIRAM L. DOOLITTE, *as Executor, etc., Respondent, v.* TIMOTHY HOYLE
and others, *Respondents.* — Judgment affirmed, with costs.
Opinion by BOARDMAN, J.

HARMON LESLIE and others *v.* CHARLES E. PHELPS and others.—
Decree affirmed, with costs. Opinion by BOCKES, J.

JAMES GIBSON, *as Administrator, etc., Respondent, v.* WILLIAM
HUTTON and others, *Appellants.*— Judgment affirmed, with costs.
Opinion by BOARDMAN, J.

EDWARD NULL, *Appellant, v.* RICHARD SLOAN, *Respondent.*— Judg-
ment affirmed, with costs. Opinion by BOARDMAN, J.

RUFUS SNYDER, *Respondent, v.* ROBERT BLISS and others, *Appel-
lants.*— Judgment affirmed, with costs. Opinions by BOCKES, J.,
and by LEARNED, P. J., dissenting.

ANGELINE M. SNOOK, *Administratrix, etc., Respondent, v.* THE
PRESIDENT, ETC., OF THE DELAWARE AND HUDSON CANAL COM-
PANY, *Appellant.*— Judgment and order affirmed, with costs.
Opinion by BOARDMAN, J.

IN THE MATTER OF THE PROBATE OF THE WILL OF RHOENA ELLICK,
*Deceased.* — Decree reversed, case to be heard before Tompkins
Circuit Court and jury, costs to abide event. Order and issues to
be settled by BOCKES, J. Opinion by BOCKES, J.

HARRIET A. ROSS, *Appellant. v.* JOHN BROWNLOW, *Respondent.* —
Judgment modified in accordance with opinion, and as modified
affirmed, without costs to either, to be settled before BOARD-
MAN, J. Opinion by BOARDMAN, J.

EVA M. BRIGGS and another, *Appellants, v.* JENNIE B. VAN BUREN,
and others, *Respondents.*—Judgment affirmed, with costs. Opinion
by LEARNED, P. J.

JAMES V. G. DU BOIS, *Respondent. v.* THE CITY OF KINGSTON,
*Appellant.* — Judgment and order affirmed, with costs. Opinion
by BOARDMAN, J.